**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| TRANSPECOS BANKS, SSB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:25-CV-00050-FB-HJB |
| | § | |
| MOSES D. LUEVANO, | § | |
| | § | |
| Defendant. | § | |

---

### DEFENDANT'S ORIGINAL COUNTERCLAIM

---

Defendant/Counter-Plaintiff **Moses D. Luevano**, by and through its counsel, submits *Defendant/Counter-Plaintiff's Original Counterclaims* against Plaintiff TransPecos Banks, SSB, respectfully showing as follows:

## I.
## PARTIES

1.      Plaintiff/Counterclaim-Defendant TransPecos Banks, SSB ("TransPecos") is a state savings bank located at 1305 E. Houston, Street, Building 1, Suite 1200, San Antonio, Texas 78205.

2.      Defendant/Counterclaim-Plaintiff Moses D. Luevano is an individual residing at 4103 Abasolo, San Antonio, Texas 78261.

## II.
## JURISDICTION AND VENUE

3.      Jurisdiction of this Court arises under the laws of the United States concerning actions related to trademarks and the Lanham Act under 15 U.S.C. § 1125, 28 U.S.C. § 1331, and actions related to the Declaratory Judgment Act under 28 U.S.C. §§ 2201, and 2202.

4.    This Court has personal jurisdiction over TransPecos because it is located in Texas and conducts business in Texas, and TransPecos submitted to the jurisdiction of the Court.

5.    Venue is proper pursuant to 28 U.S.C. §1391(b)(1) and (2) because TransPecos is deemed to reside in this judicial district and a substantial part of the events giving rise to the claims herein occurred and continue to occur in this judicial district.

## III.
## FACTS

6.    Luevano conceived of the BankMD name and concept. In 2017, Luevano contacted Jeff Weaver and others at TransPecos about a potential joint venture. Under the joint venture arrangement, TransPecos and Luevano would bring certain skills and expertise. TransPecos would contribute, among other things, its commercial and consumer banking skills. Luevano through LFIV Healthcare LLC would contribute, among other things, its skills developing lending products and services focused on doctors and healthcare professionals. The Parties would enter into a Bank MD Company Agreement to develop a new branded banking platform focused on providing banking services to doctors and healthcare providers. The platform was going to be known as BANK MD.

7.    Luevano registered the BankMD.com domain (the "Domain") on or around February 27, 2018. Shortly after registering the domain, Luevano launched the website now available at the Domain (the "Website"). Luevano used the Website to promote banking services. TransPecos began servicing customers that Luevano acquired.

8.    As part of the joint venture, Luevano would own the trademark BANK MD and grant a license to Bank MD, LLC to use the trademark.

9.    In July of 2017, Luevano started the process of purchasing the domain bankmd.com. He closed on that purchase on March 1, 2018.

10.    Shortly after registering the domain, Luevano launched the website now available at the Domain (the "Website"). Luevano used (and continues to use) the Website to promote banking services.

11.    Unbeknownst to Luevano, TransPecos filed U.S. Trademark Application Serial No. 87873116 on April 11, 2018 (the " '116 Application"). The '116 Application eventually registered into U.S. Reg. No. 5,611,757 (the " '757 Registration"). TransPecos filed the '116 Application claiming use in commerce based on Luevano's use of the BANKMD Mark. *See* **Exhibit A,** File Wrapper Serial No 87873116. TransPecos submitted specimens consisting of screenshots of the website at the Domain.



*See* Exhibit A at 33 (specimen submitted with '116 Application (red arrow added, showing "screenshot-bankmd.com")).

12.    At the time TransPecos filed the '116 Application, TransPecos had not used the BANKMD Mark. On information and belief, TransPecos has never used the BANKMD Mark. Luevano is the only party to this lawsuit to have used the BANKMD Mark.

13.    Submitting a trademark specimen showing use of the mark was requisite to TransPecos receiving the '757 Registration. TransPecos did not disclose to the USPTO that the specimen was a screenshot from Luevano's website. Nor did TransPecos disclose to the USPTO that TransPecos had not used the BANKMD Mark in commerce. Disclosing either fact would have prevented TransPecos from receiving the '757 Registration. TransPecos submitted a declaration—signed by TransPecos's CFO, George A. Musselman II—which stated in relevant part:

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;

- The mark is in use in commerce on or in connection with the goods/services in the application; and

- The specimen(s) shows the mark as used on or in connection with the goods/services in the application.

*See* Exhibit A at 41.

14.    On November 27, 2023, TransPecos filed trademark maintenance materials that resulted in the USPTO extending the '757 Registration. The maintenance materials consisted, in relevant part, of a "Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8," which included a specimen and a declaration. Once again, TransPecos submitted a specimen that consisted of screenshots of Luevano's website:



*See* Exhibit A at 12 (specimen submitted with '116 Application (red arrow added, showing "screenshot-bankmd.com")).

15.    The declaration stated, in relevant part:

- Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services . . . as evidenced by the attached specimen(s).

- Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services

*See* Exhibit A at 7-8.

16.     TransPecos owns a federal trademark registration that issued (and was maintained) based on misrepresentations as to ownership (TransPecos versus Luevano) and use in commerce (i.e., TransPecos has not used the BANKMD Mark).

17.     TransPecos requests equitable relief based on trademark rights that are invalid and that TransPecos allegedly obtained based on the aforementioned misrepresentations made by TransPecos.

18.     With these facts in mind, and several others set forth below, TransPecos's registrations for the BANKMD Mark should be cancelled. Moses Luevano sets forth the following causes of action.

## IV.
## CAUSES OF ACTION

**A.     Count One—Declaration of Ownership and Cancellation of U.S. Registration Nos. Registration No. 5,611,757 Due to Priority of Use**

19.     Each of the preceding paragraphs is incorporated by reference under this counterclaim.

20.     Luevano established common law trademark rights in its BANKMD Mark when it launched the BankMD.com Website on or around March 1, 2018, and began promoting and offering banking services.

21.     TransPecos has not used the BANKMD Mark in connection with banking services. It filed the '116 Application alleging use in commerce based on Luevano's trademark use. TransPecos has not used the BANKMD mark and thus has no rights. Luevano's trademark use predates the filing date of the '116 Application (which is invalid as discussed throughout). Therefore, Luevano was first in time.

22.     A likelihood of confusion exists. The services offered by Luevano (i.e., banking services) and the services identified in the '757 Registration ("Financial services, namely, providing digital banking services to individuals in the healthcare industry") are identical. TransPecos's registered

mark (BANKMD) is identical to Luevano's BANKMD Mark. For purposes of registration, these facts alone are enough to establish likelihood of confusion.

23.    Moreover, TransPecos alleges a likelihood of confusion between these marks for these goods and services. *See, e.g.*, Plaintiff's Original Petition at ¶¶17–18.

24.    These facts establish priority by Luevano. Accordingly, Luevano requests cancellation of U.S. Registration No. 5,611,757.

25.    Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§2201 and 2202, Defendant/Counter-Plaintiff seeks a declaration by the Court that Luevano has established prior rights in his BANKMD Mark and that Luevano owns the BANKMD Marks.

26.    Defendant/Counter-Plaintiff petitions the Court to issue an order certified to the Director of the USPTO cancelling registration of U.S. Registration No. 5,611,757 pursuant to 15 U.S.C. § 1119 and 28 U.S.C. § 2201.

## B.    Count Two—Cancellation of U.S. Registration No. 5,611,757: Abandonment Due to Non-Use

27.    Each of the preceding paragraphs is incorporated by reference under this counterclaim.

28.    The registration for the BANKMD Mark identifies the following services: "Financial services, namely, providing digital banking services to individuals in the healthcare industry." On information and belief, TransPecos had not used the BANKMD Mark in connection with those services, either in commerce or anywhere in the United States, at any time prior to the issuance of the '757 Registration. Further, on information and belief, TransPecos still has never used the BANKMD Mark for those services.

29.    In view of said non-use, TransPecos is not lawfully entitled to the '757 Registration for "financial services, namely, providing digital banking services to individuals in the healthcare

industry." The Trademark Act, 15 U.S.C. §1051(a)(1), provides that marks can be registered on the Principal Register *only after* such marks have been used in commerce.

30.     Luevano has been and will be damaged by the continued registration of U.S. Registration No. 5,611,757. Maintenance of said registration on the Principal Register will, at a minimum, purportedly give TransPecos the *prima facie* right to exclusive use of the BANKMD Marks in commerce in connection with "financial services, namely, providing digital banking services to individuals in the healthcare industry," pursuant to Section 7(b) of the Trademark Act, 15 U.S.C. §1057(b). That is a right that TransPecos is not entitled to.

31.     Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§2201 and 2202, Defendant/Counter-Plaintiff seeks a declaration by the Court that TransPecos abandoned U.S. Registration No. 5,611,757.

32.     Defendant/Counter-Plaintiff petitions the Court to issue an order certified to the Director of the USPTO cancelling registration of U.S. Registration No. 5,611,757 pursuant to 15 U.S.C. § 1119 and 28 U.S.C. § 2201.

## C.     Count Three—Cancellation of U.S. Registration No. 5,611,757: Fraud on the USPTO

33.     Each of the preceding paragraphs is incorporated by reference under this counterclaim.

34.     At the time of filing the '116 Application and during prosecution thereof, TransPecos was aware of Luevano using the BANKMD Marks in connection with banking services.

35.     **On or around March 1, 2018**, Luevano started using the BANKMD Marks. TransPecos was aware that Luevano started using the BANKMD Marks because Luevano approached TransPecos about a possible joint venture, which TransPecos purports to have declined. *See* Plaintiff's Original Petition at ¶¶6–8.

36.     Notwithstanding TransPecos's knowledge of Luevano's prior rights in the BANKMD Marks, as described hereinabove, TransPecos nonetheless filed the '116 Application—for the BANKMD identifying "Financial services, namely, providing digital banking services to individuals in the healthcare industry"—giving rise to the '757 Registration.

37.     On information and belief, TransPecos has never used the BANKMD Marks. Notwithstanding the fact that TransPecos had not (nor has it ever used the BANKMD Marks), TransPecos's '116 Application included a specimen consisting of a screenshot from Luevano's website to satisfy the use requirement. *See* 15 U.S.C. §1051(a). That is TransPecos represented to the USPTO that the screenshot from Luevano's Website was proof that *TransPecos* had used the BANKMD Mark.

38.     In filing that application, TransPecos signed the statutorily required oath that TransPecos believed that, inter alia:

- TransPecos was entitled to use such mark in commerce;

- That, to the best of the verifier's knowledge and belief, the facts recited in the application are accurate;

- No other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive.

*See* Exhibit A at 41.

39.     On November 27, 2023, when TransPecos submitted its statutorily required "Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8," TransPecos included a specimen, declaration, and filing fee as required by the USPTO and statute. The specimen, however, consisted of a screenshot from *Luevano's website* to satisfy the use requirement. That is, TransPecos represented to the USPTO that the screenshot from Luevano's Website was proof that TransPecos was using the BANKMD Mark.

40.    In filing that Section 8 Declaration, TransPecos signed the statutorily required oath that TransPecos believed that, *inter alia*:

- The BANKDMD Mark is in use in commerce on or in connection with TransPecos's "financial services, namely, providing digital banking services to individuals in the healthcare industry" services, as evidenced by the attached specimen.

- The specimen shows the BANKMD Mark as currently used in commerce on or in connection with TransPecos's "financial services, namely, providing digital banking services to individuals in the healthcare industry" services.

*See* Exhibit A at 7-8.

41.    The affirmative statements by the declarants, acting on behalf of TransPecos, constitute representations of material fact by TransPecos. Such representations of fact were false, and TransPecos knew they were false when made. Furthermore, such statements made in connection with the application were made with the intent that the examining attorney for the '116 Application giving rise to the '757 Registration would rely on them and allow the application. Similarly, such statements made in connection with the Section 8 Declaration were made with the intent that the USPTO would accept the Section 8 Declaration and maintain the '757 Registration. Failing to submit an acceptable Section 8 Declaration would have resulted in abandonment of the '757 Registration.

42.    Given TransPecos's knowledge of Luevano's prior use of the BANKMD Marks, and in view of the fact that the '757 Registration relies on Luevano's use of the BANKD Marks, TransPecos, at a minimum, acted with reckless disregard of the truth or falsity of the statements made in the April 11, 2018, and November 27, 2023 declarations.

43.    Additionally, TransPecos, had a duty to inform the USPTO of Luevano's prior use of the BANKMD Marks, yet failed to do so. The willful silence in the face of a duty to speak constitutes

fraudulent omission of a material fact that TransPecos was obligated to bring to the USPTO's attention.

44.     The aforesaid misrepresentations and/or omissions in 2018 by TransPecos and/or its representatives were made with the intent that the trademark examining attorney rely on them and grant the application. Similarly, the aforesaid misrepresentations and/or omissions in 2023 by TransPecos and/or its representatives were made with the intent that the USPTO attorney rely on them and maintain the '757 Registration.

45.     The trademark examining attorney for the application relied on the aforesaid 2018 misrepresentations and/or omissions concerning the prior use of the BANKMD Marks and the specimens. Said reliance resulted in allowance of the application giving rise to the '757 Registration. The USPTO relied on the aforesaid 2023 misrepresentations and/or omissions concerning the ongoing use of the BANKMD Marks and the specimens. Said reliance resulted in maintenance of the '757 Registration.

46.     The application was fraudulently filed as a result of the aforesaid knowingly false misrepresentations and omissions concerning TransPecos's right to use the BANKMD Marks. Likewise, the Section 8 Declaration was fraudulently filed as a result of the aforesaid knowingly false misrepresentations and omissions concerning TransPecos's right to use the BANKMD Marks.

47.     Defendant/Counter-Plaintiff has been damaged by TransPecos's fraudulent conduct. The '757 Registration would not have been allowed—or maintained—but for the fraudulent conduct of TransPecos and/or its representatives.

48.     Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§2201 and 2202, Defendant/Counter-Plaintiff seeks a declaration by the Court that TransPecos committed fraud on the USPTO in connection while obtaining the '757 Registration.

49.     Defendant/Counter-Plaintiff petitions the Court to issue an order certified to the Director of the USPTO cancelling registration of U.S. Registration No. 5,611,757 pursuant to 15 U.S.C. § 1119 and 28 U.S.C. § 2201.

**D.     Count Four— Cancellation of U.S. Registration No. 5,611,757: TransPecos Filed the Application Without Use in Commerce**

50.     Each of the preceding paragraphs is incorporated by reference under this counterclaim.

51.     TransPecos filed the '116 Application alleging use of the BANKMD Mark in commerce under §1(a) of the Lanham Act.

52.     As discussed above, TransPecos had not used the BANKMD Mark at the time that it filed the '116 Application; and TransPecos had not used the BANKMD Mark as of the date that the '116 Application issued into the '757 Registration.

53.     The '757 Registration should not have issued because TransPecos did not satisfy the use in commerce requirement under 15 U.S.C. §1051(a)(1), which provides that marks can be registered on the Principal Register only after such marks have been used in commerce.

54.     Declaratory relief is necessary in order to clarify and settle Defendants/Counter Plaintiffs' rights with regard to the scope of TransPecos's trademark rights, if any, and to relieve Defendant/Counter-Plaintiff from the uncertainty, insecurity and controversy created by TransPecos's actions and assertions.

55.     Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §§2201 and 2202, Defendant/Counter-Plaintiff seeks a declaration by the Court that TransPecos that the '757 Registration is void.

56.     Defendant/Counter-Plaintiff petitions the Court to issue an order certified to the Director of the USPTO cancelling registration of U.S. Registration No. 5,611,757 pursuant to 15 U.S.C. § 1119 and 28 U.S.C. § 2201.

**V.**
**JURY DEMAND**

57.     Defendant/Counter-Plaintiff demands trial by jury and have paid, or will pay, the jury fee.

**VI.**
**PRAYER**

WHEREFORE, Defendant/Counter-Plaintiff pray that the Court enter a judgment against TransPecos granting Defendant/Counter-Plaintiff the following relief:

a)      Dismissing TransPecos's Original Petition with prejudice and granting judgment in Defendant/Counterclaim-Plaintiff's favor;

b)      Entering a judgment that Luevano established priority as to the BANKMD Marks;

c)      Entering a judgment that TransPecos's U.S. Registration No. 5611757 was procured by means of a false or fraudulent representation;

d)      Entering a judgment that TransPecos's U.S. Registration No. 5611757 issued without TransPecos satisfying the use in commerce requirement under 15 U.S.C. §1051(a);

e)      Entering a judgment that U.S. Registration No. 5611757 abandoned due to non-use;

f)      Pursuant to 15 U.S.C. § 1120, awarding any damages to Defendant/Counterclaim-Plaintiff that it sustained and continues to sustain in consequence of Plaintiff/Counterclaim Defendant's procurement of its registration by means of a false or fraudulent representation;

g)      Awarding Defendant/Counterclaim-Plaintiff its attorneys' fees pursuant to 15 U.S.C. § 1117, because of the exceptional nature of this case;

h)      Awarding Defendant/Counterclaim-Plaintiff its costs in connection with this litigation;

i)      Pursuant to 15 U.S.C. § 1119, ordering the Director of the United States Patent and Trademark Office to cancel TransPecos's U.S. Registration Number 5611757; and

j)      Granting Defendant/Counter-Plaintiff such other and further relief as the Court may deem just.

Respectfully submitted,

**CLAUSEWITZ REYES**
2338 N. Loop 1604 W., Suite 115
San Antonio, Texas 78248
Telephone: (210) 762-6422
Facsimile: (210) 762-6899

By:  _/s/ Tiffanie S. Clausewitz_
    Tiffanie S. Clausewitz
    State Bar No. 24051936
    tiffanie@clausewitzreyes.com
    Shellie R. Reyes
    State Bar No. 24082115
    shellie@clausewitzreyes.com

**GUNN, LEE & CAVE, P.C.**
8023 Vantage Drive, Suite 1500
San Antonio, Texas 78230
(210) 886-9500 Telephone
(210) 886-9883 Fax
Nick Guinn
State Bar No. 24087642
E-mail: nick@gunn-lee.com

ATTORNEYS FOR DEFENDANT

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 17, 2025, I electronically filed a true and correct copy of this document using the Court's Electronic Case Filing System ("ECF"), pursuant to the Western District of Texas Local Rules. Notes of the filing were served by operation of the Court's ECF, e-mail, and/or regular U.S. mail, postage pre-paid, on the following counsel of record:

Ross Sutherland
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado St., Suite 2400
Austin, Texas 78701

**Attorney for Plaintiff**

_/s/ Tiffanie S. Clausewitz_

# Exhibit A

**Generated on:** This page was generated by TSDR on 2025-02-22 15:46:05 EST

**Mark:** BANKMD

# BANKMD

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87873116 | **Application Filing Date:** | Apr. 11, 2018 |
| **US Registration Number:** | 5611757 | **Registration Date:** | Nov. 20, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 8 declaration has been accepted.

**Status Date:** Feb. 02, 2024

**Publication Date:** Sep. 04, 2018

## Mark Information

**Mark Literal Elements:** BANKMD

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, providing digital banking services to individuals in the healthcare industry

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Aug. 31, 2017 | **Use in Commerce:** | Mar. 31, 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** TransPecos Banks

**Owner Address:** 1305 E Houston

San Antonio, TEXAS UNITED STATES 78205

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | State Savings Bank | **State or Country Where Organized:** | TEXAS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Jason Shoup | **Docket Number:** | TPB.001 |
| **Attorney Primary Email Address:** | jshoup@kslawllp.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jason Shoup Kennedy Sutherland LLP 1305 E Houston SAN ANTONIO, TEXAS United States 78205 |
| **Phone:** | 210-634-1348 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | jshoup@kslawllp.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 02, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Feb. 02, 2024 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Feb. 02, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 27, 2023 | TEAS SECTION 8 RECEIVED | |
| Nov. 20, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 10, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Aug. 10, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 10, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 10, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 10, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 10, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 20, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 04, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 04, 2018 | PUBLISHED FOR OPPOSITION | |
| Aug. 15, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 30, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 30, 2018 | ASSIGNED TO EXAMINER | |
| Apr. 20, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 14, 2018 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 101 | **Date in Location:** | Feb. 02, 2024 |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, February 2, 2024 11:16 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 5611757: BANKMD: Docket/Reference No. TPB.001 |

**U.S. Serial Number:** 87873116
**U.S. Registration Number:** 5611757
**U.S. Registration Date:** Nov 20, 2018
**Mark:** BANKMD
**Owner:** TransPecos Banks

Feb 2, 2024

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=87873116&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=87873116&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

PTO- 1563
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5611757 |
| **REGISTRATION DATE** | 11/20/2018 |
| **SERIAL NUMBER** | 87873116 |
| **MARK SECTION** | |
| **MARK** | BANKMD (see, [mark](#)) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jason Shoup |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kennedy Sutherland LLP |
| **STREET** | 1305 E Houston |
| **CITY** | SAN ANTONIO |
| **STATE** | Texas |
| **POSTAL CODE** | 78205 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 210-634-1348 |
| **EMAIL** | jshoup@kslawllp.com |
| **DOCKET/REFERENCE NUMBER** | TPB.001 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Jason Shoup |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | jshoup@kslawllp.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@kslawllp.com |
| **DOCKET/REFERENCE NUMBER** | TPB.001 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Jason Shoup |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | jshoup@kslawllp.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | |

| DOCKET/REFERENCE NUMBER | TPB.001 |
|---|---|

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 036 |
|---|---|
| GOODS OR SERVICES | Financial services, namely, providing digital banking services to individuals in the healthcare industry |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-968130209-2023112712 0949722638_._Website_Spec imen.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\878\731\87873116\xml3\ S080002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\878\731\87873116\xml3\ S080003.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\878\731\87873116\xml3\ S080004.jpg |
| SPECIMEN DESCRIPTION | the mark as used on the website |
| WEBPAGE URL | https://bankmd.com/ |
| WEBPAGE DATE OF ACCESS | 11/27/2023 |

## OWNER SECTION

| NAME | TransPecos Banks |
|---|---|
| MAILING ADDRESS | 1305 E Houston |
| CITY | San Antonio |
| STATE | Texas |
| ZIP/POSTAL CODE | 78205 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

## LEGAL ENTITY SECTION (current)

| TYPE | State Savings Bank |
|---|---|
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Texas |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| FILING § 8 AFFIDAVIT PER CLASS | 225 |
| TOTAL FEE PAID | 225 |

## SIGNATURE SECTION

| SIGNATURE | /Jason Shoup/ |
|---|---|
| SIGNATORY'S NAME | Jason Shoup |
| SIGNATORY'S POSITION | Attorney of Record, Texas bar member |
| DATE SIGNED | 11/27/2023 |
| SIGNATORY'S PHONE NUMBER | 210-634-1348 |

| SIGNATURE METHOD | Signed directly within the form |
|---|---|
| PAYMENT METHOD | CC |
| **FILING INFORMATION** ||
| SUBMIT DATE | Mon Nov 27 12:20:09 ET 2023 |
| TEAS STAMP | USPTO/SECT08-XX.X.XXX.XXX<br>-20231127122011311572-561<br>1757-8505e91ba43e8b728828<br>81314a3bd434edc202b426847<br>69df2a9e842f6d1112be3-CC-<br>20096327-2023112712094972<br>2638 |

PTO- 1563

Approved for use through 01/31/2025. OMB 0651-0055

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 5611757
**REGISTRATION DATE:** 11/20/2018

**MARK:** BANKMD

The owner, TransPecos Banks a(n) State Savings Bank, legally organized under the laws of Texas, having an address of
    1305 E Houston
    San Antonio, Texas 78205
    United States
    XXXX

is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 036, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Financial services, namely, providing digital banking services to individuals in the healthcare industry ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) the mark as used on the website.

**Original PDF file:**
SPN0-968130209-2023112712 0949722638_._Website_Spec imen.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

Webpage URL: https://bankmd.com/
Webpage Date of Access: 11/27/2023
The owner's/holder's current attorney information: Jason Shoup. Jason Shoup of Kennedy Sutherland LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    1305 E Houston
    SAN ANTONIO, Texas 78205
    United States
The docket/reference number is TPB.001.

The phone number is 210-634-1348.

The email address is jshoup@kslawllp.com

Jason Shoup submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
    Jason Shoup
    PRIMARY EMAIL FOR CORRESPONDENCE: jshoup@kslawllp.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@kslawllp.com
    The docket/reference number is TPB.001.

**Correspondence Information (proposed)**
    Jason Shoup

PRIMARY EMAIL FOR CORRESPONDENCE: jshoup@kslawllp.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED
The docket/reference number is TPB.001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $225 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Jason Shoup/   Date: 11/27/2023
Signatory's Name: Jason Shoup
Signatory's Position: Attorney of Record, Texas bar member
Signatory's Phone: 210-634-1348
Signature method: Signed directly within the form


Mailing Address:
  Kennedy Sutherland LLP
  1305 E Houston
  SAN ANTONIO, Texas 78205

Serial Number: 87873116
Internet Transmission Date: Mon Nov 27 12:20:09 ET 2023
TEAS Stamp: USPTO/SECT08-XX.X.XXX.XXX-20231127122011
311572-5611757-8505e91ba43e8b72882881314
a3bd434edc202b42684769df2a9e842f6d1112be
3-CC-20096327-20231127120949722638

screenshot-bankmd.com-2023.11.27-11_14_15
https://bankmd.com/
27.11.2023





nimbus screenshot app print

screenshot-bankmd.com-2023.11.27-11_14_15
https://bankmd.com/
27.11.2023



BankMD

Home    About    Consumer    Business

# BankMD
## Our Mission is Your Success

Pre-Qualify Now

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Cookie settings    ACCEPT

| News | Resources | Testimonials | Blog | Digital |
|------|-----------|--------------|------|---------|
| View More | View More | Learn More | View More | View More |

## The Only Physician-Focused Bank in the Country.

**Reach Your Goals**
BankMD is committed to delivering specialized products and services to help physicians achieve their financial goals for their business, family, and themselves.

**Digital Banking**
Our streamlined approach to digital banking doesn't rely on outdated bank branches. Instead, we use technology that enables us to simplify how you bank.

**Leave It To Us**
Our reliable solutions, high-touch service, and innovative products allow physicians to spend more time enjoying life and less time worrying about their banking.

## Testimonials

"

Great people to work with! They have helped me with two properties. one was a new mortgage and the other was a refinance. They really seemed to understand the time constraints of a busy private practitioner and they worked well with my abnormal hours. This bank was designed to work with physicians and it shows.

Dr. Tom Phelps

○ ● ○ ○ ○ ○ ○



0:00 / 1:22     0:00 / 0:55     0:00 / 1:03

11/27/23, 11:14 AM                                          nimbus screenshot app print



Page 13 of 46



| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Monday, November 20, 2023 01:51 AM |
| To: | XXXX |
| Cc: | XXXX |
| Subject: | Official USPTO Courtesy Reminder: Trademark Registration Maintenance Document Must Be Fil ed Before Deadline for U.S. Trademark Registration No. 5611757 BANKMD |

**USPTO COURTESY REMINDER**

**TRADEMARK REGISTRATION MAINTENANCE DOCUMENT UNDER SECTION 8 MUST BE FILED BEFORE DEADLINE OR REGISTRATION WILL BE CANCELLED**

**U.S. Application Serial No.**  87873116
**U.S. Registration No.**  5611757
**U.S. Registration Date:**  November 20, 2018
**Mark:**  BANKMD
**Owner:**  TransPecos Banks
**Docket/Reference No.**  TPB.001

**Issue Date:**  November 20, 2023

**Required submission.**  The owner of the trademark registration must file a **Declaration of Use and/or Excusable Nonuse Under Section 8** (Section 8 Declaration) between now and November 20, 2024.   For an additional fee, the owner can file within the 6-month grace period that ends on May 20, 2025.

**Optional submission.**  If the owner can claim the benefits of incontestability, the owner may file an optional Declaration of Incontestability under Section 15.   This may be combined with the required Section 8 Declaration by filing a **Combined Declaration of Use and Incontestability Under Sections 8 and 15** (Combined Sections 8 and 15 Declaration).

**If ownership of the registration or the owner's name has changed,** the owner can use the **Electronic Trademark Assignment System (ETAS)** to record the change.  More information on changes of ownership/owner name is available on the **USPTO website.**

**Click here for more information about maintaining a trademark registration.**

**Proof of Use Audit.**  The USPTO is conducting an audit program to promote the accuracy and integrity of the trademark register.  If a registration is selected for audit, the holder/owner will be required to submit proof of use for additional goods/services for which use is claimed in a Section 8 Declaration.  Detailed information about the program is available on the **Proof of Use Audit Program webpage.**

**Determination of time of receipt by USPTO.**  Correspondence transmitted through the Trademark Electronic Application System (TEAS) is considered filed on the date the USPTO receives the transmission in Eastern Time.

**If the owner fails to file a timely Section 8 Declaration the registration will be CANCELLED** and cannot be reinstated.

**This reminder notice is being sent only as a courtesy** to trademark owners who maintain a current email address with the USPTO.   Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a registration.

**Foreign-domiciled owners** must have a U.S.-licensed attorney represent them at the USPTO in any post-registration filing.

**Beware of misleading notices sent by private companies about registrations.**  Private companies **not** associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices - most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**Direct questions** about this notice to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov.**

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87873116 |
| **REGISTRATION NUMBER** | 5611757 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **MARK SECTION** | |
| **MARK** | BANKMD (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/87873116/large) |
| **OWNER SECTION(current)** | |
| **NAME** | TransPecos Banks |
| **MAILING ADDRESS** | 112 E. Pecan St., Suite 800 |
| **CITY** | San Antonio |
| **STATE** | Texas |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 78205 |
| **OWNER SECTION(proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| **NAME** | TransPecos Banks |
| **MAILING ADDRESS** | 1305 E Houston |
| **CITY** | San Antonio |
| **STATE** | Texas |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 78205 |
| **EMAIL** | XXXX |
| **ATTORNEY SECTION(current)** | |
| **NAME** | Derrick A. Pizarro |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | PIZARRO ALLEN PC |
| **STREET** | 3619 PAESANOS PARKWAY, SUITE 300 |
| **CITY** | SAN ANTONIO |

| STATE | Texas |
|---|---|
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 78231 |
| PHONE | 210-941-1277 |
| EMAIL | ipdocket@pizarroallen.com |
| DOCKET/REFERENCE NUMBER(S) | 16002.3 |

## STATEMENT OF THE REASON FOR REPLACEMENT

Owner has replaced the current attorney.

## ATTORNEY SECTION (proposed)

| | |
|---|---|
| STATEMENT TEXT | By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record: |
| NAME | Jason Shoup |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Kennedy Sutherland LLP |
| STREET | 1305 E Houston |
| CITY | SAN ANTONIO |
| STATE | Texas |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 78205 |
| PHONE | 210-634-1348 |
| EMAIL | jshoup@kslawllp.com |
| DOCKET/REFERENCE NUMBER(S) | TPB.001 |

## CORRESPONDENCE SECTION(current)

| | |
|---|---|
| NAME | DERRICK A. PIZARRO |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ipdocket@pizarroallen.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | derrick.pizarro@pizarroallen.com; holly.gordon@pizarroallen.com |
| DOCKET/REFERENCE NUMBER(S) | 16002.3 |

## CORRESPONDENCE SECTION (proposed)

| | |
|---|---|
| NAME | Jason Shoup |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | jshoup@kslawllp.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@kslawllp.com |
| DOCKET/REFERENCE NUMBER(S) | TPB.001 |

## SIGNATURE SECTION

| SIGNATURE | /Jason Shoup/ |
|---|---|
| **SIGNATORY NAME** | Jason Shoup |
| **SIGNATORY DATE** | 08/10/2022 |
| **SIGNATORY POSITION** | Attorney of Record, Texas bar member |
| **SIGNATORY PHONE NUMBER** | 210-634-1348 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Aug 10 14:15:01 ET 2022 |
| **TEAS STAMP** | USPTO/CAR-XX.X.XXX.XXX-20 22081014150143930 9-878731 16-8003d76a666a7a6d46e177 9e1ff9ac63d6a5f91cb5e457a f5f1530d4a1d5f55e0-N/A-N/ A-20220810140358254169 |

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** BANKMD (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/87873116/large)
**SERIAL NUMBER:** 87873116
**REGISTRATION NUMBER:** 5611757

**Owner Section (Current) :**
TransPecos Banks
112 E. Pecan St., Suite 800
San Antonio, Texas 78205
United States

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
TransPecos Banks
1305 E Houston
San Antonio, Texas 78205
United States
XXXX

**Attorney Section (Current):**
Derrick A. Pizarro of PIZARRO ALLEN PC
is located at
3619 PAESANOS PARKWAY, SUITE 300
SAN ANTONIO, Texas 78231
United States
210-941-1277
Email Address: ipdocket@pizarroallen.com
Docket Reference Number(s):16002.3.

**STATEMENT OF THE REASON FOR REPLACEMENT**
Owner has replaced the current attorney.

By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be
identified as the attorney of record:

**Attorney Section (proposed):**
Jason Shoup of Kennedy Sutherland LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
1305 E Houston
SAN ANTONIO, Texas 78205
United States
210-634-1348
jshoup@kslawllp.com

Docket Reference Number(s): TPB.001

Jason Shoup submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a
U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
DERRICK A. PIZARRO
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: ipdocket@pizarroallen.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): derrick.pizarro@pizarroallen.com; holly.gordon@pizarroallen.com
Docket Reference Number(s): 16002.3

**Correspondence Section (proposed):**
Jason Shoup
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: jshoup@kslawllp.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@kslawllp.com
Docket Reference Number(s): TPB.001


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).


Signature: /Jason Shoup/    Date: 08/10/2022
Signatory's Name: Jason Shoup
Signatory's Position: Attorney of Record, Texas bar member
Signatory's Phone Number: 210-634-1348
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.


Serial Number: 87873116
Internet Transmission Date: Wed Aug 10 14:15:01 ET 2022
TEAS Stamp: USPTO/CAR-XX.X.XXX.XXX-20220810141501439
309-87873116-8003d76a666a7a6d46e1779e1ff
9ac63d6a5f91cb5e457af5f1530d4a1d5f55e0-N
/A-N/A-20220810140358254169

# United States of America

## United States Patent and Trademark Office

# BANKMD

**Reg. No. 5,611,757**

**Registered Nov. 20, 2018**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

TransPecos Banks  (TEXAS State Savings Bank )
112 E. Pecan St., Suite 800
San Antonio, TEXAS 78205

CLASS 36: Financial services, namely, providing digital banking services to individuals in the healthcare industry

FIRST USE 8-31-2017; IN COMMERCE 3-31-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-873,116, FILED 04-11-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, September 4, 2018 06:06 AM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87873116: BANKMD: Docket/Reference No. 16002.3 |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 87873116
**Mark:** BANKMD
**International Class(es):** 036
**Owner:** TransPecos Banks
**Docket/Reference Number:** 16002.3

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Sep 04, 2018.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2018-09-04&serialNumber=87873116

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

   *   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87873116&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87873116&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Aug 15, 2018

## NOTICE OF PUBLICATION

1.  Serial No.:
    87-873,116

2.  Mark:
    BANKMD
    (STANDARD CHARACTER MARK)

3.  International Class(es):
    36

4.  Publication Date:
    Sep 4, 2018

5.  Applicant:
    TransPecos Banks

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

ipdocket@pizarroallen.com
derrick.pizarro@pizarroallen.com
holly.gordon@pizarroallen.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, August 15, 2018 04:36 AM |
| **To:** | XXXX |
| **Cc:** | XXXX;  XXXX |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 87873116: BANKMD: Docket/Reference No. 16002.3 |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 87873116) is scheduled to publish in the *Official Gazette* on Sep 4, 2018 .  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=87873116</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87873116 | FILING DATE | 04/11/2018 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | GOODSAID, IRA J | L.O. ASSIGNED | 101 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/31/2018 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 07/30/2018 |
| LITERAL MARK ELEMENT | BANKMD |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | BANKMD |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | TransPecos Banks |
|---|---|
| ADDRESS | 112 E. Pecan St., Suite 800<br>San Antonio, TX 78205 |
| ENTITY | 99-State Savings Bank |
| CITIZENSHIP | Texas |

| GOODS AND SERVICES | |
|---|---|
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION TEXT | Financial services, namely, providing digital banking services to individuals in the healthcare industry |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 036 | FIRST USE DATE | 08/31/2017 | FIRST USE IN COMMERCE DATE | 03/31/2018 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | BANK MD |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/30/2018 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 07/30/2018 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 04/20/2018 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/14/2018 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Derrick A. Pizarro |
|---|---|
| CORRESPONDENCE ADDRESS | DERRICK A. PIZARRO<br>PIZARRO ALLEN PC<br>3619 PAESANOS PARKWAY, SUITE 300<br>SAN ANTONIO, TX 78231 |
| DOMESTIC REPRESENTATIVE | NONE |

# BANKMD

# NOTE TO THE FILE

SERIAL NUMBER:        87873116

DATE:        07/30/2018

NAME:        igoodsaid

**NOTE:**

**Searched:**
____ Google
____ Lexis/Nexis
____ OneLook
____ Wikipedia
____ Acronym Finder        ____ Protest evidence reviewed
____ Other:

**Checked:**
____ Geographic significance
____ Surname
____ Translation
____ ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
____ phone                           ____ Left message with
____ email                           Attorney/Applicant

____ Requested Law Library search      ____ Issued Examiner's Amendment
for:                                   and entered changes in TRADEUPS

____ **PRINT** ____ **DO NOT PRINT**    ____ Added design code in TRADEUPS
____ Description of the mark
____ Translation statement            ____ Re-imaged standard character
drawing
____ Negative translation statement
____ Consent of living individual     ____ Contacted TM MADRID ID/CLASS
about misclassified definite ID
____ Changed TRADEUPS to:

_X_  OTHER:

A Texas State Savings Bank is a Texas statutory entity per Texas Administrative Code, Title 7, Chapters 75, 76, and 77

**From:** Holly Gordon [mailto:holly.gordon@pizarroallen.com]
**Sent:** Monday, July 30, 2018 5:32 PM
**To:** Goodsaid, Ira <Ira.Goodsaid@USPTO.GOV>
**Cc:** Christy Coats <christy.coats@pizarroallen.com>; Derrick Pizarro <derrick.pizarro@pizarroallen.com>; IP Docket <ipdocket@pizarroallen.com>
**Subject:** RE: Serial Number: 87873116 BANKMD

Dear Examiner Goodsaid,

In 1993, the 73rd Texas Legislature adopted the Texas Savings Bank Act (SB 396) and now constitutes Section 91 of the Texas Finance Code. TX FIN § 91. Please see the following links for statutory support.

https://statutes.capitol.texas.gov/Docs/FI/htm/FI.91.htm

https://www.sml.texas.gov/statesavingsbanks/ssb_statutes_rules.html

Please let me know if you have any additional questions.

Kind regards,
**Holly M. Gordon**
Attorney
holly.gordon@pizarroallen.com
O 210.941.1277  |  M 830.456.6838

**Pizarro Allen**
3619 Paesanos Parkway, Suite 300  |  San Antonio, Texas 78231
Main:  210.941.1277  |  www.pizarroallen.com

This email is attorney communication and very likely contains confidential information covered by
the attorney-client privilege that you may not use. If you are not the intended recipient, please
notify me and delete this email.


**From:** Goodsaid, Ira <Ira.Goodsaid@USPTO.GOV>
**Sent:** Monday, July 30, 2018 5:08 PM
**To:** IP Docket <ipdocket@pizarroallen.com>; Derrick Pizarro <derrick.pizarro@pizarroallen.com>; Holly Gordon
<holly.gordon@pizarroallen.com>
**Subject:** Serial Number: 87873116 BANKMD
**Importance:** High

Applicant is identified as a Texas State Savings Bank.  That entity is not recognized.  Please provide the statutory cite for that
legal entity designation, or provide a recognized legal entity (e.g., banking corporation, unincorporated banking association,
etc.) for the applicant.

> Ira Goodsaid
> Trademark Examining Attorney
> Law Office 101
> 571-272-9166
> ira.goodsaid@uspto.gov

*** User:igoodsaid ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 19895 | N/A | 0 | 0 | 0:01 | bank*[bi,ti] |
| 02 | 10365 | N/A | 0 | 0 | 0:01 | *md*[bi,ti] |
| 03 | 5378878 | N/A | 0 | 0 | 0:01 | dead[ld] |
| 04 | 5 | 0 | 1 | 1 | 0:01 | 1 and 2 not 3 |
| 05 | 80 | N/A | 0 | 0 | 0:01 | bankm*[bi,ti] |
| 06 | 29 | 0 | 2 | 2 | 0:01 | 5 not 3 |

Session started 7/30/2018 4:52:38 PM

Session finished 7/30/2018 4:54:06 PM

Total search duration 0 minutes 6 seconds

Session duration 1 minutes 28 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 87873116

# BANKMD

4/6/2018                                            nimbus screenshot app



## Why Choose BankMD



### Specialized

We bring FOCUS to the unique needs of Physicians and recognize that you require dramatically different solutions. At BankMD we are dedicated to



### Simple

Enjoy a SIMPLE mobile application process with minimal paperwork. Let your team at BankMD do all the heavy lifting. Breathe and enjoy a stress free,



### Reliable

Our RELIABLE team of specialists have the experience and knowledge to simplify the process and deliver solutions and timely responses. At

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html                                                                    1/4

4/6/2018                                    nimbus screenshot app

creating SPECIALIZED products and a service          streamlined and transparent process. So take a few          BankMD we developed a referral network of Banks
culture to meet the challenging demands of your          minutes to tell us a little about yourself and let us          to give you options and answers now, Leaving no
career and lifestyle.                                 be your guide.                                         one behind.

**PRE-QUALIFY NOW**

## Services



### Purchase or Refinance

BankMD is focused on serving the unique financial needs of Medical Professionals:

- Medical Students
- Resident Physicians
- Practicing Physicians



LOAN PRODUCT BASICS

Delivering Specialized, Simple and Reliable benefits to minimize your paperwork and optimize efficiency:

- 100% Financing - No Money Down
- No PMI
- No Pre-Payment Penalty
- Unique and Specialized Underwriting
- Fast Approval
- Close 65-days before your start date

Created by specialists for graduating Medical Students, Residents, or Doctors in practice for many years.

The Future of Banking for Physicians

**Coming Soon** - Digital Banking for the next generation of Medical Professionals

- Personal & Business loan products
- Fast Approval (within minutes)
- Cutting Edge Mobile Banking
- Easy account opening
- Specialized Underwriting
- 24/7 Service

Please stay connected with us. BankMD will roll out of future products and services in the months ahead.

## SUBSCRIBE

Subscribe to our newsletter for the latest in finance catered to you and also receive exclusive access to independent research and white papers published by our partners.

| Email Address | SIGN UP |

## CONTACT US

### Send a Message

First Name

Last Name

Phone

Email

Residency State

Anticipated Loan Amount ❓

4/6/2018                                        nimbus screenshot app



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87873116**
**Filing Date: 04/11/2018**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87873116 |
| **MARK INFORMATION** | |
| *****MARK** | BANKMD |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | BANKMD |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | TransPecos Banks |
| *****STREET** | 112 E. Pecan St., Suite 800 |
| *****CITY** | San Antonio |
| *****STATE** (Required for U.S. applicants) | Texas |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 78205 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | State Savings Bank |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 036 |
| *****IDENTIFICATION** | Financial services, namely, providing digital banking services to individuals in the healthcare industry |
| **FILING BASIS** | SECTION 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 08/31/2017 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 03/31/2018 |
|    **SPECIMEN FILE NAME(S)** | |
|    **ORIGINAL PDF FILE** | SPE0-1001522779-20180410122927321538_._BANKMD_-_website_specimen.pdf |

| CONVERTED PDF FILE(S)<br>(4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\878\731\87873116\xml1\RFA0003.JPG |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT17\878\731\87873116\xml1\RFA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\731\87873116\xml1\RFA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\731\87873116\xml1\RFA0006.JPG |
| SPECIMEN DESCRIPTION | Applicant's website displaying the mark and describing and advertising the services connected with the mark |

## ATTORNEY INFORMATION

| NAME | Derrick A. Pizarro |
|---|---|
| ATTORNEY DOCKET NUMBER | 16002.3 |
| FIRM NAME | Pizarro Allen PC |
| STREET | 3619 Paesanos Parkway, Suite 300 |
| CITY | San Antonio |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 78231 |
| PHONE | 210-941-1277 |
| EMAIL ADDRESS | ipdocket@pizarroallen.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Courtenay B. Allen; Holly M. Gordon |

## CORRESPONDENCE INFORMATION

| NAME | Derrick A. Pizarro |
|---|---|
| FIRM NAME | Pizarro Allen PC |
| STREET | 3619 Paesanos Parkway, Suite 300 |
| CITY | San Antonio |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 78231 |
| PHONE | 210-941-1277 |
| *EMAIL ADDRESS | ipdocket@pizarroallen.com; derrick.pizarro@pizarroallen.com; holly.gordon@pizarroallen.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /George A Musselman II/ |
|---|---|
| SIGNATORY'S NAME | George Musselman |
| SIGNATORY'S POSITION | CFO |
| SIGNATORY'S PHONE NUMBER | 210-228-4403 |
| DATE SIGNED | 04/11/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87873116**
**Filing Date: 04/11/2018**

### To the Commissioner for Trademarks:

**MARK:** BANKMD (Standard Characters, see mark)
The literal element of the mark consists of BANKMD.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, TransPecos Banks, a State Savings Bank legally organized under the laws of Texas, having an address of
   112 E. Pecan St., Suite 800
   San Antonio, Texas 78205
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 036:  Financial services, namely, providing digital banking services to individuals in the healthcare industry

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/31/2017, and first used in commerce at least as early as 03/31/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Applicant's website displaying the mark and describing and advertising the services connected with the mark.

**Original PDF file:**
SPE0-1001522779-20180410122927321538_._BANKMD_-_website_specimen.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

The applicant's current Attorney Information:
   Derrick A. Pizarro and Courtenay B. Allen; Holly M. Gordon of Pizarro Allen PC     3619 Paesanos Parkway, Suite 300
   San Antonio, Texas 78231
   United States
   210-941-1277(phone)
   ipdocket@pizarroallen.com (authorized)
The attorney docket/reference number is 16002.3.
The applicant's current Correspondence Information:
   Derrick A. Pizarro

   Pizarro Allen PC

   3619 Paesanos Parkway, Suite 300

   San Antonio, Texas 78231

   210-941-1277(phone)

   ipdocket@pizarroallen.com;derrick.pizarro@pizarroallen.com; holly.gordon@pizarroallen.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /George A Musselman II/   Date: 04/11/2018
Signatory's Name: George Musselman
Signatory's Position: CFO
Payment Sale Number: 87873116
Payment Accounting Date: 04/12/2018

Serial Number: 87873116
Internet Transmission Date: Wed Apr 11 18:12:26 EDT 2018
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XX-2018041118122670
3067-87873116-51031a4189f55aad7197255462
48455e8534fdfdadb6a9d55f3b1046afbc38660-
CC-4941-20180410161452392487

# BANKMD

4/6/2018                                    nimbus screenshot app

screenshot-bankmd.com-2018.04.06-16-55-58
https://bankmd.com/
06.04.2018



## Why Choose BankMD



### Specialized

We bring FOCUS to the unique needs of Physicians and recognize that you require dramatically different solutions. At BankMD we are dedicated to



### Simple

Enjoy a SIMPLE mobile application process with minimal paperwork. Let your team at BankMD do all the heavy lifting. Breathe and enjoy a stress free,



### Reliable

Our RELIABLE team of specialists have the experience and knowledge to simplify the process and deliver solutions and timely responses. At

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html                    1/4

4/6/2018                                     nimbus screenshot app

creating SPECIALIZED products and a service          streamlined and transparent process. So take a few          BankMD we developed a referral network of Banks
culture to meet the challenging demands of your          minutes to tell us a little about yourself and let us          to give you options and answers now, Leaving no
career and lifestyle.                                be your guide.                                      one behind.

**PRE-QUALIFY NOW**

## Services



### Purchase or Refinance

BankMD is focused on serving the unique financial needs of Medical Professionals:

- Medical Students
- Resident Physicians
- Practicing Physicians

4/6/2018                                                    nimbus screenshot app



LOAN PRODUCT BASICS

Delivering Specialized, Simple and Reliable benefits to minimize your paperwork and optimize efficiency.

- 100% Financing - No Money Down
- No PMI
- No Pre-Payment Penalty
- Unique and Specialized Underwriting
- Fast Approval
- Close 65-days before your start date

Created by specialists for graduating Medical Students, Residents, or Doctors in practice for many years.

The Future of Banking for Physicians

**Coming Soon -** Digital Banking for the next generation of Medical Professionals

- Personal & Business loan products
- Fast Approval (within minutes)
- Cutting Edge Mobile Banking
- Easy account opening
- Specialized Underwriting
- 24/7 Service

Please stay connected with us. BankMD will roll out of future products and services in the months ahead.

## SUBSCRIBE

Subscribe to our newsletter for the latest in finance catered to you and also receive exclusive access to independent research and white papers published by our partners.

| Email Address | SIGN UP |

## CONTACT US

### Send a Message

First Name

Last Name

Phone

Email

Residency State

Anticipated Loan Amount ❓

4/6/2018                                                                        nimbus screenshot app

